1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

\* \* \*

8

FRANK PATRICK BIRCH, JR,

Case No. 2:16-cv-01051-RFB-CWH

9

Plaintiff,

**ORDER TO PRODUCE
FRANK PATRICK BIRCH, JR
#419970**

10

v.

11

SHERIFF JOE LOMBARDO, *et al.*,

12

Defendant.

13
14

TO:     WARDEN, CLARK COUNTY DETENTION CENTER

15

LAS VEGAS, NV

UNITED STATES MARSHAL FOR THE DISTRICT OF

16

NEVADA AND ANY OTHER UNITED STATES MARSHAL

17
18

    **THE COURT  HEREBY  FINDS** that **FRANK PATRICK BIRCH, JR #419970,** is

19

presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,

20

Las Vegas, NV.

21

    **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center,  or his

22

designee,  shall  transport  and  produce  **FRANK PATRICK BIRCH, JR #419970,**  to  appear

23

before the United States District Judge at the Lloyd D. George United States Courthouse in

24

Las Vegas, Nevada, on or about Friday, January 20, 2017 at the hour of 10:00 AM, in LV

25

Courtroom 7C to attend a earing in the instant matter,  until the said **FRANK PATRICK**

26

**BIRCH, JR #419970** , is released and discharged by the said Court; and that the said

27
28

**FRANK PATRICK BIRCH, JR #419970,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this <u>7th</u> day of December, 2016.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**