# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cv-01051-RFB-CWH |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR FRANK PATRICK BIRCH, JR. (ID#) 419970 |
| vs. | |
| FRANK PATRICK BIRCH, JR., | |
| Defendant. | |

**The Court has set a** hearing, therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said FRANK PATRICK BIRCH, JR., #419970 before the United States District Court at Las Vegas, Nevada, on or about **Wednesday, January 25, 2017 at 4:00PM to attend a hearing in LV Courtroom 7D** and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: **January 18, 2017**.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**