# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

FRANK PATRICK BIRCH, JR,

Plaintiff,

v.

SHERIFF JOE LOMBARDO, *et al.*,

Defendant.

Case No. 2:16-cv-01051-RFB-CWH

**ORDER TO PRODUCE
FRANK PATRICK BIRCH, JR
#419970**

TO:   WARDEN, CLARK COUNTY DETENTION CENTER, LAS VEGAS, NV
LAS VEGAS METROPOLITAN POLICE DEPARTMENT

**THE COURT HEREBY FINDS** that **FRANK PATRICK BIRCH, JR #419970,** is presently in custody of the Warden of Clark County Detention Center, 330 S. Casino Center, Boulevard, Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **FRANK PATRICK BIRCH, JR #419970,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, February 3, 2017 at the hour of 9:00 AM, in LV Courtroom 7C to attend a earing in the instant matter, until the said **FRANK PATRICK BIRCH, JR #419970** , is released and discharged by the said Court; and that the said **FRANK PATRICK**

1 | **BIRCH, JR #419970,** shall thereafter be returned to the custody of the Warden, Clark
2 | County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

   **DATED** this 1st day of February, 2017.

   _____
   **RICHARD F. BOULWARE, II**
   **UNITED STATES DISTRICT JUDGE**