# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK PATRICK BIRCH, JR., | Case No. 2:16-cv-01051-RFB-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| SHERIFF JOE LOMBARDO, et al., | |
| Defendants. | |

Presently before the court is Plaintiff Frank Patrick Birch, Jr.'s interrogatories (ECF No. 60), filed on March 29, 2017. The document contains interrogatories directed at Defendants Sheriff Joseph Lombardo, Naphcare, and Dr. Larry Williamson, M.D. The certificate of service indicates the interrogatories were served via United States Mail on counsel for Defendants.

Plaintiff is advised that the scheduling order in this case states that "written discovery, including responses to written discovery, certificates of service pertaining to written discovery, and deposition transcripts must **not** be filed with the court unless they are submitted in support of or in response to a motion." (Scheduling Order (ECF No. 51) at 2 (emphasis in original).) Likewise, Local Rule 26-8 provides that written discovery, including discovery requests, must not be filed, unless the court orders otherwise.

In light of these rules, the court will STRIKE Plaintiff's interrogatories (ECF No. 60) from the docket.

IT IS SO ORDERED.

DATED: April 4, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**