# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

FRANK PATRICK BURCH, JR.,

    Plaintiff,

vs.

JOE LOMBARDO, SHERIFF, *et al.*,

    Defendants,

Case No.: 2:16-cv-01051-RFB-CWH

ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR FRANK PATRICK BIRCH, JR. (ID#) 419970

**The Court has set a** hearing, therefore,

    IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said FRANK PATRICK BIRCH, JR., #419970 before the United States District Court at Las Vegas, Nevada, on or about **Friday, May 19, 2017 at 9:30 AM to attend a hearing in LV Courtroom 7D** and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

    DATED: May 9, 2017

                                                               **RICHARD F. BOULWARE, II**
                                                               **United States District Judge**