# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

FRANK PATRICK BIRCH, JR.,

    Plaintiff,

v.

JOE LOMBARDO, SHERIFF, *et al.*,

    Defendants.

Case No. 2:16-cv-01051-RFB-CWH

**ORDER TO PRODUCE**
**FRANK PATRICK BIRCH, JR., #1180738**

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **FRANK PATRICK BIRCH, JR., # 1180738,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **FRANK PATRICK BIRCH, JR., # 1180738**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Tuesday, September 5, 2017, at the hour of 3:00 PM, to attend a hearing in LV Courtroom 7D before Judge Richard F. Boulware, II, in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **FRANK PATRICK BIRCH, JR., # 1180738**, is released and discharged by the said Court; and that the said **FRANK**

**PATRICK BIRCH, JR., # 1180738**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 29th day of August, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**