# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

FRANK PATRICK BIRCH, JR.,

    Plaintiff,

v.

LOMBARDO, *et al.*,

    Defendants.

Case No. 2:16-cv-01051-RFB-CWH

**ORDER TO PRODUCE
FRANK PATRICK BIRCH, JR**

TO:     LT. GORDON, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
        INDIAN SPRINGS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **FRANK PATRICK BIRCH, JR., #1180738,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **FRANK PATRICK BIRCH, JR., #1180738,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about Friday, March 16, 2018, at the hour of 9:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the

Court entitled above, until the said **FRANK PATRICK BIRCH, JR., #1180738**, is released and discharged by the said Court; and that the said **FRANK PATRICK BIRCH, JR., #1180738** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 12th day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**