1

2

3

4                          UNITED STATES DISTRICT COURT

5                                 DISTRICT OF NEVADA

6                                        * * *

7    FRANK PATRICK BIRCH, JR.,                    Case No. 2:16-cv-01051-RFB-CWH

8                 Plaintiff,

9          v.

10   SHERIFF JOE LOMBARDO et al.,

11                Defendants.

12

13          Plaintiff has filed a motion to extend his copy work limit.  (ECF No. 162).  An inmate has

14   no constitutional right to free photocopying. Johnson v. Moore, 948 F.2d 517, 521 (9th Cir. 1991).

15   Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum

16   of $100 debt for copy work expenses for all cases, not per case."  In this district, courts have found

17   that they can order a prison to provide limited photocopying when it is necessary for an inmate to

18   provide copies to the court and other parties.  See Allen v. Clark Cnty. Det. Ctr., 2:10-CV-00857-

19   RLH, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011).  In this case, the Court grants Plaintiff's

20   request to extend his copy work account limit by another $5.00.

21

22   I.     CONCLUSION

23          IT IS HEREBY ORDERED that Plaintiff's motion to extend his copy work account (ECF

24   No. 162) is GRANTED in the amount of $5.00.  The Nevada Department of Corrections shall

25   extend Plaintiff's prison copy work limit by another $5.00.

26          DATED this 24th day of May, 2018.

27

28                                               _____
                                                 RICHARD F. BOULWARE, II
                                                 UNITED STATES DISTRICT JUDGE